IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ATLANTIC SPECIALTY INS. CO.,

    Plaintiff,

v.                                                                                            No. 13-cv-0945 JCH/SMV

DEANS, INC.,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO REVISE CASE DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Revise Case Deadlines [Doc. 25] ("Motion"), filed on April 15, 2014. Plaintiff requests that the Court modify the Scheduling Order [Doc. 17] entered on January 13, 2014. Because the motion is unopposed and the request does not conflict with any deadlines imposed by the presiding judge, the Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the case management deadlines in the Court's Scheduling Order [Doc. 17] are modified as follows:

1. Plaintiff shall disclose expert witnesses and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by:    June 13, 2014

2. Defendant shall disclose expert witnesses and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by:    July 11, 2014

3. Discovery terminates on:    August 29, 2014

4. Motions relating to discovery shall be filed by:    September 5, 2014

5. Pretrial motions, other than discovery motions, filed by:    September 12, 2014

6.      Consolidated final Pretrial Order submitted as follows:

        a.      Plaintiff to Defendant by:      September 29, 2014

        b.      Defendant to Court by:      October 14, 2014

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**