## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ATLANTIC SPECIALTY INS. CO.,**

 **Plaintiff,**

**v.**                 **No. 13-cv-0945 JCH/SMV**

**DEANS, INC.,**

 **Defendant.**

## ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court pursuant to a telephonic status conference held on December 3, 2015. To facilitate a final disposition of this case, a mandatory Settlement Conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **December 16, 2015, at 12:00 p.m.** in the **undersigned's chambers in the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.**

If counsel's evaluation of the strengths and weaknesses of their case has changed as a result of Judge Herrera's Memorandum Opinion and Order dated November 3, 2015, [Doc. 53], they should submit a letter explaining their revised evaluation to the Court no later than **12:00 p.m. on December 11, 2015**. Such letters should be submitted to the Court by e-mail at VidmarChambers@nmcourt.fed.us.[1]

The Settlement Conference will not be vacated or rescheduled except upon motion and for good cause shown. Any motion to vacate or reschedule the Settlement Conference shall

---

[1] Each e-mail message and its attachments cannot exceed 5 MB. Data exceeding 5 MB should be submitted in individual e-mail messages, each less than 5 MB.

provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the Settlement Conference.

The Court may contact counsel ex parte prior to the Settlement Conference to discuss the Settlement Conference.

**IT IS THEREFORE ORDERED** as follows:

**Parties' confidential position statements due to the Court:**     12:00 p.m. on December 11, 2015

**Settlement Conference:**     December 16, 2015, at 12:00 p.m.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**